IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| AMELIA L. DaCRUZ | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 2:15-cv-00122-AWA-DEM |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

FILED
APR - 4 2016
CLERK, US DISTRICT COURT
NORFOLK, VA

## AGREED FINAL ORDER

This day came the Plaintiff, Amelia DaCruz, *pro se*, and the Defendant, State Farm Fire and Casualty Company, by counsel, and represented to the Court that all matters in controversy herein have been settled. Upon the joint motion of the parties for the entry of a Final Order which dismisses this action with prejudice, and the Court deeming it proper to do so, it is hereby

ORDERED, by agreement, that this action be and the same hereby is dismissed <u>with prejudice</u>, with each party to bear her / its own costs and fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

Date: 4·4, 2016
Norfolk, Virginia

/s/
Arenda L. Wright Allen
United States District Judge

_____
United States District Judge

Endorsements of counsel follow on next page:

WE ASK FOR THIS:

/s/ *Amelia D DaCruz*
Amelia L. DaCruz
1157 Paramore Drive
Virginia Beach, VA 23454
Phone: (757) 376-8606
E-mail: amelialynndacruz@gmail.com
*Plaintiff*

/s/ *Alexander de Witt*
Alexander S. de Witt, Esq. (VSB #42708)
BRENNER, EVANS & MILLMAN, P.C.
411 East Franklin Street, Suite 200
Richmond, VA 23219
(804) 644-1300
(804) 644-1354 fax
E-mail: adewitt@beylaw.com
*Counsel for Defendant*

2